

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

V.

ELIZABETH H. DANWEBER, ET AL,

**Defendant (Respondent)**

CASE and/or DOCKET No.: 18-03581

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELIZABETH H. DANWEBER the above process on the 9 day of October, 2018, at 5:12 o'clock, PM, at 236 HICKORY DRIVE FLEETWOOD, PA 19522, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: SERENA DANWEBER
Relationship/Title/Position: DAUGHTER
Remarks: _____
Description: Approximate Age 18-20   Height 5'4   Weight 120   Race WHITE   Sex FEMALE   Hair BROWN
Military Status: ☑ No   ☐ Yes   Branch: _____

Commonwealth/State of Pa   ) SS:
County of Berks   )

Before me, the undersigned notary public, this day, personally appeared _Denise Hinkle_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184278
Case ID #: 5316798

Subscribed and sworn to before me this _11_ day of _Oct_, 20_18_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021