UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> ELIZABETH H. DANWEBER <br><br> Defendant(s) | CIVIL NO. 18-03581 |

**CERTIFICATE OF SERVICE
PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

( x )  Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )  Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )  Certified mail by Sheriff's Office.
( )  Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )  Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )  Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.
**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )  Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )  Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )  Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                 Respectfully submitted,

                 BY: Rebecca A. Solarz, Esq.
                 Attorney for Plaintiff



## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

v.

ELIZABETH H. DANWEBER, ET AL,
**Defendant (Respondent)**

CASE and/or DOCKET No.: 18-03581

Sheriff's Sale Date: 3/20/2019

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: NOTICE OF SALE**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELIZABETH H. DANWEBER the above process on the 11 day of December, 2018, at 9:25 o'clock, A M, at 236 HICKORY DRIVE FLEETWOOD, PA 19522, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: MIKE SYWENSKY
Relationship/Title/Position: OTHER
Remarks: ADULT IN CHARGE/FRIEND.
Description: Approximate Age 41-45   Height 5'8   Weight 230   Race WHITE   Sex MALE   Hair BLONDE
Military Status: [✓] No   [ ] Yes   Branch: _____

Commonwealth/State of __PA__  ) SS:
County of __Berks__  )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-184278
Case ID #:5379157

Subscribed and sworn to before me
this __12__ day of __Dec__, 20__18__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD   ☐ Registered<br>☐ Delivery Confirmation   ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | DOMESTIC RELATIONS OF BERKS COUNTY<br>633 Court Street, 6th Floor<br>Reading, PA 19601 | | Tenants / Occupants<br>236 Hickory Drive<br>Fleetwood, PA 19522 | | | | | | | | | |
| 2. | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Health & Welfare<br>Building<br>PO Box 8018 | | | | | | | | | | | |
| 3. | Harrisburg, PA 17105 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 3
Total Number of Pieces Received at Post Office:
Postmaster, Per (Name of receiving employee)    Complete by Typewriter, Ink, or Ball Point Pen

PS Form **3877**, February 2002 (Page 1 of 2)

USA-184278   Berks County   Sale Date: 03/20/2019

ELIZABETH H. DANWEBER

Kim Bumble

U.S. POSTAGE » PITNEY BOWES
ZIP 19106
02 1W
0001403708 DEC. 10. 2018
$001.17⁰

USPS CONTINENTAL STATION
DEC 10 2018
PHILA, PA 191 06

See Privacy Act Statement on Reverse

Kim-USA

USPS Manifest Mailing System

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>8183-1 | Class of Mail<br>Mixed |

| Article #/ Piece ID | Addressee Name Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703969202026<br>9171999991703969202026 | DANWEBER, ELIZABETH H.<br>236 Hickory Drive<br>Fleetwood, PA 19522 | <br>ERR<br>C | 0.705 | <br>1.40<br>3.45 | | | 5.56 |

| | | | | |
|---|---|---|---|---|
| Page Totals | 1 | 0.71 | 4.85 | 5.56 |
| Cumulative Totals | 1 | 0.71 | 4.85 | 5.56 |

USPS CERTIFICATION

Total Number Of Pieces Received____________

______________________ Round Stamp______________________

Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:

C Certified

ERR Return Receipt

PHILA. PA. USPS CONTINENTAL STATION DEC 10 2018

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>         Plaintiff<br><br>vs.<br><br>ELIZABETH H. DANWEBER<br><br>         Defendant(s) | CIVIL NO. 18-03581 |

### AFFIDAVIT PURSUANT TO RULE 3129

  THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    236 Hickory Drive
    Fleetwood, PA 19522

1. Name and address of Owner(s) or Reputed Owner(s):

    ELIZABETH H. DANWEBER
    236 Hickory Drive
    Fleetwood, PA 19522

2. Name and address of Defendant(s) in the judgment:

    ELIZABETH H. DANWEBER
    236 Hickory Drive
    Fleetwood, PA 19522

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

    DOMESTIC RELATIONS OF BERKS COUNTY
    633 Court Street, 6th Floor
    Reading, PA 19601

    PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
    PO Box 8018
    Harrisburg, PA 17105

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        Tenants / Occupants
        236 Hickory Drive
        Fleetwood, PA 19522

      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: January 30, 2019

                                            KML Law Group, P.C.
                                            BY: Rebecca A. Solarz, Esq.
                                            Attorney for Plaintiff