UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff<br><br>vs.<br><br>ELIZABETH H. DANWEBER<br><br>      Defendant(s) | CIVIL NO. 18-03581 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

  Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

| | |
|---|---|
| (X) | Personal Service by the Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified mail by Rebecca A. Solarz (original green Postal return receipt attached). |
| ( ) | Certified mail by Sheriff's Office. |
| ( ) | Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached). |
| ( ) | Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached). |
| ( ) | Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record. |

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

| | |
|---|---|
| ( ) | Premises was posted by Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Sheriff's Office (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached). |

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

                           Respectfully submitted,

                           _____
                           BY: Rebecca A. Solarz, Esq.
                           Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

ELIZABETH H. DANWEBER; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 18-03581

Sheriff's Sale Date: 9/10/19

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: NOTICE OF SALE

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELIZABETH H. DANWEBER the above process on the 13 day of June, 2019, at 8:20 o'clock, PM, at 236 HICKORY DRIVE FLEETWOOD, PA 19522, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 41-45 Height 5'3" Weight 180 Race WHITE Sex FEMALE Hair BALD/BROWN
Military Status: ☑ No ☐ Yes Branch: _____

Commonwealth/State of __Pa__ ) SS:
County of __Berks__ )

Before me, the undersigned notary public, this day, personally appeared __Denise Hinkle__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184278
Case ID #:5545254

Subscribed and sworn to before me
this _17_ day of __June__, 20_19_

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

| Name and Address of Sender<br>KML LAW GROUP, P.C.<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail  ☐ Signature Confirmation<br>☐ Insured | | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | | Actual Value if Registered | Insured Value | Due Sender if COD | |
| 1. | | DANWEBER, ELIZABETH H.<br>236 Hickory Drive<br>Fleetwood, PA 19522 | | Tenants / Occupants<br>236 Hickory Drive<br>Fleetwood, PA 19522 | | | | | | |
| 2. | | DOMESTIC RELATIONS OF BERKS COUNTY<br>633 Court Street, 6th Floor<br>Reading, PA 19601 | | | | | | | | |
| 3. | | PA DEPARTMENT OF PUBLIC WELFARE -<br>Bureau of Child Support Health & Welfare<br>Building<br>PO Box 8018<br>Harrisburg, PA 17105 | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |

U.S. POSTAGE »» PITNEY BOWES
$001.17⁰
ZIP 19106
02 1W
0001403708 JUN 10. 2019

JUN 10 2019  CONTINENTAL STATION  PHILA, PA 19106

Total Number of Pieces Listed by Sender: 4
Total Number of Pieces Received at Post Office:
Postmaster, Per (Name of receiving employee)   NOS - Kim Brumble

Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

USA-184278   Berks County   Sale Date: 09/10/2019
ELIZABETH H. DANWEBER

*Kim B* (signature)

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>8496-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703998300595<br>9171999991703998300595 | DANWEBER, ELIZABETH H.<br>236 Hickory Drive<br>Fleetwood, PA 19522 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 1 | | 0.71 | 4.85 | | | 5.56 |
| Cumulative Totals | 1 | | 0.71 | 4.85 | | | 5.56 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)     Extra Service Codes:
                             C     Certified
                             ERR   Return Receipt

(Round stamp: USPS CONTINENTAL STATION, JUN 10 2019, PHILA, PA 19106)

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                                    Plaintiff<br><br>vs.<br><br>ELIZABETH H. DANWEBER<br><br>                                    Defendant(s) | CIVIL NO. 18-03581 |

## AFFIDAVIT PURSUANT TO RULE 3129.1

    THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

        236 Hickory Drive
        Fleetwood, PA 19522

1. Name and address of Owner(s) or Reputed Owner(s):

        ELIZABETH H. DANWEBER
        236 Hickory Drive
        Fleetwood, PA 19522

2. Name and address of Defendant(s) in the judgment:

        ELIZABETH H. DANWEBER
        236 Hickory Drive
        Fleetwood, PA 19522

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        DOMESTIC RELATIONS OF BERKS COUNTY
        633 Court Street, 6th Floor
        Reading, PA 19601

        PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
        PO Box 8018
        Harrisburg, PA 17105

4. Name and address of the last recorded holder of every mortgage of record:

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

        Tenants / Occupants
        236 Hickory Drive
        Fleetwood, PA 19522

      I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: August 22, 2019

                                          KML Law Group, P.C.
                                          BY: Rebecca A. Solarz, Esq.
                                          Attorney for Plaintiff