## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>ELIZABETH H. DANWEBER<br><br>                    Defendant | CIVIL NO. 18-03581 |

### NOTICE OF THE DATE OF CONTINUED MARSHAL'S SALE

The Marshal Sale scheduled for September 10, 2019 at 11:00 AM in the above matter has been continued until **October 15, 2019 at 11:00 AM**

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>               Plaintiff<br>vs.<br><br>ELIZABETH H. DANWEBER<br>               Defendant | CIVIL NO.. 18-03581 |

### CERTIFICATE OF FILING AND SERVICE

      I hereby certify that the attached Notice of the Date of Continued Marshal's Sale was sent for filing with the Court, and was served on the following parties by regular mail on the date listed below.

ELIZABETH H. DANWEBER
236 Hickory Drive
Fleetwood, PA 19522 defendant(s)


Date: 9/10/2019  By: *[signature]* Kimberly Bramble
                              Kimberly Bramble, legal assistant
                              KML LAW GROUP, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              Direct: 215-627-1322
                              Email: kbramble@kmllawgroup.com