**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 18-03581 |
| DEFENDANT | TYPE OF PROCESS |
| Elizabeth H. Danweber | U.S. Marshals Sale of Real Estate |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elizabeth H. Danweber
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
236 Hickory Drive, Fleetwood, PA 19522

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | Joseph Gohn | 10/15/19 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)    ☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 10/15/2019 | 11:10 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy  1318 m
RM IL - MILLER

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
US Marshals Sale of premises known as 236 Hickory Drive, Fleetwood, PA 19522. Sale was held at the Berks County Courthouse, 633 Court Street, Reading, PA 19601

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: __18-CV-03581__

I, __Rob Miller__, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at

__236 Hickory Drive, Fleetwood, PA 19522__.

The public sale was held on __October 15, 2019__

and the highest bidder was __Jesse Landis__

who bid the amount of $ __105,500.00__.

__Rob Miller__ /s/
Deputy U.S. Marshal
United States Marshals Service
Eastern District of Pennsylvania
2110 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
(215) 597-7273

$105,500 ✓

U.S. Department of Justice

United States Marshals Service

## BIDDER'S REGISTRATION FORM

NAME: Jesse Landis

ADDRESS: 8264 Chestnut St
Barto PA 19504

PHONE (DAY): 717-283-6241

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

*[signature]*                      JESSE LANDIS

The above is precisely how the name(s) are to appear in the deed

jmlandis@gmail.com



U.S. Department of Justice

United States Marshals Service

## BIDDER'S REGISTRATION FORM

NAME: John Snodgrass

ADDRESS: 2901 Clover Rd
Spencer, WV 25276

PHONE (DAY): 304-519-4214 H   304-964-0555 C

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes

JBS Capital

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

BIDDER'S REGISTRATION FORM

NAME: PHIL BLANCK
Tom O'Connor

ADDRESS: 110 Millwyck Rd
Lititz Pa - 17543

PHONE (DAY): 717-940-0465

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes

Thomas J. O'Connor
The above is precisely how the name(s) are to appear in the deed
Phil BLANCK



U.S. Department of Justice

United States Marshals Service

## BIDDER'S REGISTRATION FORM

NAME: Lee Landis

ADDRESS: 1770 Oregon Pike

Lancaster PA 17601

PHONE (DAY): 717 268 9700

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

## BIDDER'S REGISTRATION FORM

NAME: John Gainer

ADDRESS: 2938 Columbia Ave Suite 1202

Lancaster, PA 17602

PHONE (DAY): 717-471-9072

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

ZG Holdings LLC

The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

Eastern District of Pennsylvania

## BIDDER'S REGISTRATION FORM

NAME: George Hawthorne

ADDRESS: 690 W Schwenkmill Rd
Perkasie, PA 18944

PHONE (DAY): 215-262-4138 cell
215-257-0683 - house

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes

Sandra J. Hawthorne

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

BIDDER'S REGISTRATION FORM

NAME: Casey Wells

ADDRESS: 313 W Liberty St STE 2
Lancaster Pa 17603

PHONE (DAY): (717) 951-6506

Below please provide the name(s) in which the deed will be registered if you are the successful bidder. There will be no exceptions or changes.

Uptown Redevelopers, LLC

The above is precisely how the name(s) are to appear in the deed