UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
  Plaintiff

v.

ELIZABETH H. DANWEBER
  Defendant

Civil Action No: 18-03581

## ORDER

AND NOW, this 22nd day of November, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

FILED
NOV 22 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDERED**

1. That the public sale held on October 15, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Jesse Landis, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of ELIZABETH H. DANWEBER in and to the premises sold located at 236 Hickory Drive, Fleetwood, PA 19522.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
JOSEPH F. LEESON, JR., J.