**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

                Plaintiff             CIVIL NO. 18-03581

vs.

Elizabeth H. Danweber

                Defendant(s)



RECEIVED DEC - 5 2019 USMS

## ASSIGNMENT OF BID

gml
11/27/2019

THIS ASSIGNMENT is made this __27th__ day of __November__, ~~11/22/2019~~, by __Jesse M. Landis__ (Assignor) TO __Riverpath Inc__ (Assignees).

WHEREAS, Assignor was the successful bidder at the United States Marshal's Sale of October 15, 2019 for the Property known as 236 Hickory Drive, Fleetwood, PA 19522.

WHEREAS, Assignor, as successful bidder, assigns to Assignees its right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania. Assignees accept Assignor's right to receive a deed for the Property from the United States Marshal Service for the Eastern District of Pennsylvania.

                              BY: _Jesse M Landis_
                                    SUCCESSFUL BIDDER

As to Assignor

Sworn to and subscribed before me

This __27__ day of __November 2019__, ~~11/22/2019~~ AL

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Alana Lauren Knieriem, Notary Public
Red Hill Boro, Montgomery County
My Commission Expires Dec. 20, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Assignment of Bid (236 Hickory Drive, Fleetwood, PA 19522)
Page 2

I hereby accept this Assignment of Bid.

BY: _Jesse M Jarl_____, President of Riverpath INC
(Assignees)

Address: 8264 Chestnut Street Barto PA 19504
Phone Number: 717-283-6241

As to Assignee

Sworn to and subscribed before me

this 27th day of November 2019, 11/22/2019 AK

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Alana Lauren Knieriem, Notary Public
Red Hill Boro, Montgomery County
My Commission Expires Dec. 20, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

_____
Notary Public