## UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff         |    CIVIL NO. 18-03581

    vs.

ELIZABETH H. DANWEBER

               Defendant(s)

### ORDER

      **AND NOW**, this 12th day of December , 2019, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 236 Hickory Drive Fleetwood, PA 19522 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____

JOSEPH F. LEESON, JR.,    J.